UNITED STATES COURT OF INTERNATIONAL TRADE                FORM  1

| BLOCKWARE SOLUTIONS LLC, |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No.  23-00145

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 3195 | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | 319522102527 | Date Protest Filed: | 12.22.2022 |
| Importer: | Blockware Solutions LLC | Date Protest Denied: | 02.01.2023 |
| Category of Merchandise: | Bitcoin Miners | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 79980806714 | 03.14.22 | 08.26.22 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alena A. Eckhardt
Nakachi Eckhardt & Jacobson, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111
alena@tradelawcounsel.com; 415-498-0070

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Bitcoin miners | 8543.70.9860 and 9903.88.02 | 2.6% 25% | 8543.70.9860 | 2.6%/0% made in Thailand |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Protest has been denied for the following reason: subject merchandise's COO is China, subject to 25% tariff duty under 9903.88.02.

The issue which was common to all such denied protests:

The importer asserts that because subject merchandise's COO is Thailand, not China, subheading 9903.88.02, HTSUS, is not applicable, and thus refunds and accrued interest are owed to the importer.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

Alena A. Eckhardt    Digitally signed by Alena A. Eckhardt
                      Date: 2023.07.21 15:43:23 -07'00'
_____
Signature of Plaintiff's Attorney

07.21.2023
_____
Date

## SCHEDULE OF PROTESTS

CEE007

_____

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 319522102527 | 12.22.2022 | 02.01.2023 | 79980806714 | 03.14.22 | 03.14.22 | 3195 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)